UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Camerino M.,                                        Civ. No. 26-668 (PAM/LIB)

        Petitioner,

v.                                                                        **ORDER**

Kristi Noem, Secretary, U.S. Department
of Homeland Security; David Easterwood,
Acting Director of Enforcement and
Removal Operations, St. Paul Field
Office, Immigration and Customs
Enforcement; Todd M. Lyons, Acting
Director of Immigration and Customs
Enforcement, Immigration and Customs
Enforcement; Pamela Bondi, U.S.
Attorney General; Executive Office for
Immigration Review; and Warden, ERO
ICE Detention, Ft. Snelling, Minnesota,

        Respondents.

---

**IT IS HEREBY ORDERED that**:

1.     Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Camerino M. by no later than January 29, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.     Respondents' answer should include:

     a.     Such affidavits and exhibits, including any documentation of any criminal history, as are needed to establish the lawfulness and correct

duration of Petitioner's detention in light of the issues raised in the habeas petition;

b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

c.      Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d.      Respondents' view as to whether the habeas petition filed in this matter differs in any material respect from that filed in Abdirahmaan G. v. Noem, No. 26-CV-34 (PAM/SGE).

3.    If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than February 2, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.    To the extent that Petitioner seeks an order prohibiting his transfer or removal during his Petition's adjudication, that request is **DENIED without prejudice** to its reconsideration once these matters have been fully briefed.

Dated: January 27, 2026                          s/ Paul A. Magnuson
                                                 Paul A. Magnuson
                                                 United States District Court Judge