UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Camerino M., | Civ. No. 26-668 (PAM/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, Secretary, U.S. Department of Homeland Security; David Easterwood, Acting Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement; Pamela Bondi, U.S. Attorney General; Executive Office for Immigration Review; and Warden, ERO ICE Detention, Ft. Snelling, Minnesota, | |
| Respondents. | |

**IT IS HEREBY ORDERED that**:

1. On or before **February 13, 2026**, Respondents shall provide a supplemental brief, which is to include:

    a. Respondents' view as to whether the habeas petition filed in this matter differs in any material respect from those filed in <u>Arturo S. v. Bondi</u>, No. 26-CV-102 (PAM/SGE), and <u>Jonathan S. v. Bondi</u>, No. 26-CV-322 (PAM/DLM); and

      b.      A detailed explanation as to why Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(1) when he has been in the United States for more than two years and claims to have previously been paroled into the country.

2.      If Petitioner intends to file a response to Respondents' supplemental brief, he must do so by no later than **February 17, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: February 10, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge