UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Camerino M., Civ. No. 26-668 (PAM/LIB)

Petitioner,

v. **ORDER**

Kristi Noem, Secretary, U.S. Department of Homeland Security; David Easterwood, Acting Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement; Pamela Bondi, U.S. Attorney General; Executive Office for Immigration Review; and Warden, ERO ICE Detention, Ft. Snelling, Minnesota,

Respondents.

---

This matter is before the Court on Respondents' request for an extension. (Docket No. 9.) The Court finds that an extension is warranted.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Respondents' request (Docket No. 9) is **GRANTED**.

2. On or before **February 18, 2026, at 7:00 p.m.**, Respondents shall provide the supplemental brief as previously ordered (see Docket No. 8).

3. If Petitioner intends to file a response to Respondents' supplemental brief, he must do so by no later than **February 19, 2026**. Thereafter, no further

submissions from either party will be permitted, except as authorized by Court order.

Dated: February 17, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge