# UNITED STATES DISTRICT COURT
## District of Minnesota

Camerino Alejandro Magana San Juan,

Petitioner,

v.

Kristi Noem, David Easterwood, Todd M. Lyons, Pamela Bondi, Executive Office for Immigration Review, Warden,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-668 PAM/LIB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **DENIED**; and

2. This action is **DISMISSED without prejudice**.

Date: 3/3/2026

KATE M. FOGARTY, CLERK